**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2332**

———————

WILLIAM C. THOMPSON,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Chief District Judge.  (CA-04-43-2)

———————

Submitted:  February 3, 2006        Decided:  February 13, 2006

———————

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William C. Thompson, Appellant Pro Se.  Rafael Melendez, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William C. Thompson appeals the district court's order granting summary judgment to the Commissioner and affirming the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and find no reversible error or abuse of discretion. Accordingly, we affirm the order on the reasoning of the district court. See Thompson v. Commissioner, Soc. Sec. Admin., No. CA-04-43-2 (W.D. Va. Sept. 25, 2005). We also deny Thompson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED